**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**KINGA KASA, ROLAND ZOLTAN MEDVECZKY,**

**Plaintiffs,**

**v.** **Case No.: 5:26-cv-00824-CEM-PRL**

**USCIS, DIRECTOR, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, DIRECTOR, ORLANDO FIELD OFFICE, U.S. CITIZENSHIP IMMIGRATION SERVICES,**

**Defendants,**
**____________________________________/**

## ORDER

In this immigration action, Plaintiffs seek a writ of mandamus compelling adjudication of applications to adjust status. This case is before the Court for consideration of the motion of Christina Castro for special admission to represent Plaintiffs in this action. (Doc. 10).

The motion recites that Ms. Castro has initially appeared in seven cases in the last 36 months in state or federal court in Florida. Further, an initial search of the docket for the Middle District of Florida reveals that, during 2025 and 2026, Ms. Castro has appeared in at least four cases:

| | |
|---|---|
| 3:25-cv-01184-HES-MCR | *Nguyen v. USCIS et al*, filed 10/03/25 |
| 5:26-cv-00824-CEM-PRL | *Kasa et al v. USCIS et al*, filed 11/04/26 |
| 8:25-cv-03133-SDM-AEP | *Perez Sanchez v. USCIS et al*, filed 11/13/25 |
| 8:26-cv-03379-WFJ-CPT | *Leger et al v. USCIS et al*, filed 11/06/26 |

Notably, these four cases represent only those filed in the Middle District of Florida, and this list does not include any cases in which Ms. Castro may have appeared in the Northern District of Florida, the Southern District of Florida, or in state court in Florida.

Local Rule 2.01(c) allows an attorney to move for special admission who is not an active member in good standing of the Florida Bar but who is a member in good standing of the bar of a United States district court, provided, however, such privilege is not abused by maintaining a regular practice of law in Florida. M.D. Fla. Local Rule 2.01(c). The Florida Bar and the Florida Supreme Court presume that more than three appearances by a non-Florida lawyer within a 365-day period constitutes the "general practice" of law in Florida. *See* Fla. Bar Rule 1-3.10(a)(2); Fla. R. Jud. Admin. 2.510(a).

Accordingly, by written response filed on or before December 1, 2026, Christina Castro shall either withdraw her motion for special admission or **SHOW CAUSE** why her motion for special admission should not be denied.

**DONE** and **ORDERED** in Ocala, Florida on November 16, 2026.



PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties